**Joseph Bakhos Esq,**
**State Bar Number: 327036**
17221 E. 17th St., Ste #F
Santa Ana, CA 92705
Telephone: [714]-617-5868
Email Address: jbakhoslaw@yahoo.com
**Attorney for plaintiff**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SANCHEZ,<br><br>        Plaintiff,<br><br>vs.<br><br>STANDARD PLUMBING SUPPLY, a business entity; RICHARD REESE, an individual; REESE REAL ESTATE & INVESTMENT COMPANY, a corporation,<br><br>        Defendants | **Case No.:** 8:24-cv-00560-JWH-ADS<br><br>**NOTICE OF SETTLEMENT** |

**TO ALL PARTIES IN INTEREST:**

   **THIS NOTICE IS HEREBY GIVEN** that Plaintiff, ROBERT SANCHEZ,, has reached a full and comprehensive settlement of this civil action with mutual general releases with regard to defendants STANDARD PLUMBING SUPPLY, a business entity; RICHARD REESE, an individual; REESE REAL ESTATE & INVESTMENT COMPANY, a corporation,;

//

//

//

//

//

//

1

**NOTICE OF SETTLEMENT**

The parties are awaiting final execution and performance of the settlement.

DATED: 4/16/2024

_____
Joseph Bakhos, Esq.
Attorney for Plaintiff

**NOTICE OF SETTLEMENT**

2